**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Yasmani Alejandro COYT, a/k/a Yasmani Alejandro Coyt–Valdovino, Yasmani Alejandr, Pelon and Pajaro, Defendant—Appellant.**

No. 05–50705.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Becky S. Walker, Esq., Sherilyn Peace Garnett, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Michael Tanaka, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Yasmani Alejandro Coyt appeals from the sentence imposed after his guilty-plea conviction for being an alien found in the United States subsequent to deportation, in violation of 8 U.S.C. § 1326(a) & (b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm and remand.

Coyt contends that 8 U.S.C. § 1326(b) is unconstitutional. He acknowledges that the Supreme Court upheld the constitutionality of 8 U.S.C. § 1326(b) in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but contends that subsequent decisions have undermined its viability such that *Almendarez–Torres* is no longer good law. This argument is foreclosed by *United States v. Weiland,* 420 F.3d 1062, 1079, n. 16 (9th Cir.2005).

Coyt also contends that his Fifth Amendment rights were violated by the imposition of a condition of supervised release that requires him to report to a U.S. probation officer within 72 hours of reentering the United States. This claim is foreclosed by *United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 772–73 (2006).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to § 1326(b)(2). *See United States v. Herr-* *era–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

